UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM OWTEN,<br><br>        Petitioner,<br><br>  v.<br><br>DANIEL PARAMO, Warden,<br><br>        Respondent. | Case No.: 1:15-cv-01220-AWI-JLT<br>Case No.: 1:15-cv-01399-AWI-JLT<br><br>ORDER CONSOLIDATING CASE NO. 1:15-cv-01220-AWI-JLT AND CASE NO. 1:15-cv-01399-AWI-JLT |

    Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    The petition in case number 1:15-cv-01220-AWI-JLT was filed on August 6, 2015. On August 13, 2015, the Court ordered Petitioner to file an amended petition. On September 16, 2015, Petitioner filed his amended petition; however, because it did not contain the original case number, the Clerk of the Court assigned a new case number to the amended petition of 1:15-cv-01399-AWI-JLT. Subsequently, the Court issued Findings and Recommendations to dismiss the latter petition and the matter is currently pending before the District Judge. No further action has been taken by Petitioner or the Court in case no. 1:15-cv-01220-AWI-JLT.

    Because it is plain that these cases constitute, in fact, only one habeas action, the matters should be consolidated.

///

**ORDER**

For the foregoing reasons, the Clerk of the Court is DIRECTED to consolidate case number 1:15-cv-01220-AWI-JLT and case number 1:15-cv-01399-AWI-JLT.

IT IS SO ORDERED.

Dated:   **October 29, 2015**              **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE